No. 9372. STATE OF MONTANA, PLAINTIFF AND RESPONDENT, v. JACK CANFIELD, DEFENDANT AND APPELLANT.

277 Pac. (2d) 534.

Decided July 16, 1954.

Rehearing Denied December 29, 1954.

*Shallenberger & Paddock, William F. Shallenberger, D. A. Paddock,* Missoula, *Donald R. Wolf,* Joplin, for appellant.

*Arnold H. Olsen,* Atty. Gen., *Leif Erickson,* Sp. Asst. Atty.

Gen., *Robert O. Benson,* County Atty., Plentywood, for respondent.

MR. JUSTICE ANDERSON:

On the authority of State of Montana v. Gleason, 128 Mont. 485, 277 Pac. (2d) 530, and cases therein cited, the cause is reversed and remanded to the district court with instructions to set aside the judgment entered against Jack Canfield and enter a judgment dismissing the action and discharging the defendant.

MR. JUSTICES FREEBOURN and ANGSTMAN, concur.

MR. JUSTICE BOTTOMLY, dissents.